# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Shanise Shidagis**
        Plaintiff(s)

vs.                                CASE NUMBER: 3:23-cv-1107 (DNH/ML)

**Broome County Sheriff's Office**
**B.C.S.O. Medical Unit, Doctor**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that 1. The Report & Recommendation is ACCEPTED. 2. Plaintiffs complaint is DISMISSED without prejudice but without leave to replead.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated October 19, 2023.

DATED: October 19, 2023

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk